UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 13–1302 DSF (JCGx)<br>EDCV 13–1159 DSF (JCGx) | Date | 9/12/13 |
|---|---|---|---|
| Title | Zia Hicks v. Toys 'R' Us, Inc.<br>Nicolette Grana v. Toys 'R' Us-Delaware, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**        (In Chambers) Order Consolidating Actions


A district court has broad discretion to consolidate cases pending in the same district.  Investors Research Co. v. United States Dist. Court, 877 F.2d 777, 777 (9th Cir. 1989) (citations omitted).  On August 23, 2013, the Court approved a stipulation for leave to file a First Amended Consolidated Complaint (FACC) in Hicks v. Toys 'R' US, Inc., CV 13–1302 DSF (JCGx), and Grana v. Toys 'R' Us-Delaware, Inc., EDCV 13–1159 DSF (JCGx).  (Docket No. 39.)  The cases are consolidated for all purposes into one action (Consolidated Action).  This Order applies to the Consolidated Action and any other actions that the Court may later deem to be related actions (whether based on a stipulation, the motion of a party, or its own motion).

### A.    Master Files

All parties to the Consolidated Actions shall file all documents in the low-numbered action, Hicks v. Toys 'R' US, Inc., CV 13–1302 DSF (JCGx).  Grana v. Toys 'R' Us-Delaware, Inc., EDCV 13–1159 DSF (JCGx) shall be administratively closed.  This Order shall be filed in both actions.  No further filings should be made in the administratively closed action.

Any motion papers, discovery devices or proceedings, and Orders previously served or entered, whether by a party or by the Court, in the Actions shall be deemed to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

have been made in the Consolidated Action.

### B.      Case Caption

Every pleading filed in the Consolidated Action shall be filed in the low-numbered action, CV 13–1302 DSF (JCGx), only, and shall list both case numbers as being consolidated.

IT IS SO ORDERED.